UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MATTHEW RONALD JOSEPH D. HILL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | CASE NO. 2:22-cv-00939-GJL<br><br>ORDER ON MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES AND COSTS |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and Local Magistrate Judge Rule MJR 13. *See* Consent to Proceed Before a United States Magistrate Judge, Dkt. 2. This matter is before the Court on Plaintiff's motion for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"). *See* Dkt. 21. The motion is stipulated. *Id.*

Based on the EAJA, the stipulation of the parties, the attorney declaration including time and expense itemizations (Dkts. 21, 22), and the relevant record, it is hereby **ORDERED** that EAJA attorney's fees of $6,944.70 shall be awarded to Plaintiff pursuant to the EAJA and consistent with *Astrue v. Ratliff*, 560 U.S. 586, 588–89 (2010).

The Commissioner shall contact the Department of Treasury after the Order for EAJA fees is entered to determine if the EAJA fees are subject to any offset. If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed pursuant to the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Tha Win, based on Plaintiff's assignment of these amounts to Plaintiff's attorney. *See* Dkt. 21-2. If there is an offset, the remainder shall be made payable to Plaintiff, based on the practice of the Department of the Treasury. *See*, *e.g.*, Case No. 2:15-cv-122, Dkt. 22, at 4. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Tha Win, at P.O. Box 66552, Burien, Washington 98166.

Dated this 20th day of July, 2023.

Grady J. Leupold
United States Magistrate Judge

ORDER ON MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES AND COSTS - 2